NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENCAST SERVICES, L.P., CENEX SERVICES, L.P., DISC ACQUISITION CORP., DISC MANAGEMENT SERVICES GROUP, INC., DISC TALENT GROUP, INC., EP MANAGEMENT SERVICES, L.P., EP PRODUCTION SERVICES, L.P., EP TALENT SERVICES, L.P., PIXPAY SERVICES, L.P., AND SCREENPAY, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5142, -5143, -5144, -5145, -5146, -5147, -5148, -5149, -5150, -5151

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 02-CV-1916, 02-CV-1917, 02-CV-1918, 02-CV-1919, 02-CV-1920, 02-CV-1921, 02-CV-1922, 02-CV-1923, 02-CV-1924, and 02-CV-1925, Judge George W. Miller.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

CENCAST SERVICES v. US                                    2

# ORDER

The Alliance of Motion Picture and Television Producers, Studio Transportation Drivers, Local Union No. 399 of the International Brotherhood of Teamsters, and International Alliance of Theatrical Stage Employees Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, AFL-CIO, CLC move for leave to file briefs amicus curiae in support of Cencast Services, L.P., et al. The United States moves to file an extended brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for leave to file briefs amicus curiae are granted.

(2) The United States' motion to file an extended brief is denied.

(3) The United States' response brief is due within 40 days of the date of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26